In the Matter of the Petition of PRESCOTT HALL BUTLER, as Administrator, etc., for an Accounting.

(Argued June 19, 1884 ; decided June 27, 1884.)

*Stephen A. Walker* for appellant.

*Robert S. Green* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

ALEXANDER T. ARTHUR, Appellant, *v.* SOL. H. KOHN, Respondent.

(Argued June 19, 1884 ; decided June 27, 1884.)

*Joseph M. Pray* for appellant.

*Benjamin F. Tracy* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THOMAS KELLY, Respondent, *v.* EMILIE W. KERR, Individually, etc., et al., Appellants.

(Argued June 19, 1884 ; decided June 27, 1884.)

*Charles W. Dayton* for appellants.

*M. L. Townsend* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.